# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GEORGE GEORGETOWN

NO.  2020 KW 0033

**APR 2 8 2020**

In Re:   George Georgetown, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         01-03-0195

BEFORE:  HIGGINBOTHAM, PENZATO, AND LANIER, JJ.

**WRIT DENIED.** Relator's arguments in the motion to correct
an illegal sentence do not relate to the legality of the
sentences under the applicable statutes; and, thus, the issues
may not be raised in a motion to correct an illegal sentence.
See **State v. Parker**, 98-0256 (La. 5/8/98), 711 So.2d 694, 695
(per curiam); **State v. Gedric**, 99-1213 (La. App. 1st Cir.
6/3/99), 741 So.2d 849, 851-52 (per curiam), writ denied, 99-
1830 (La. 11/5/99), 751 So.2d 239.

                    **TMH**
                    **AHP**
                    **WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
     DEPUTY CLERK OF COURT
        FOR THE COURT